# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 704 |
| | : | |
| APPOINTMENT TO THE CIVIL | : | CIVIL PROCEDURAL RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of April, 2020, Scott B. Cooper, Esquire, Dauphin County, is hereby appointed as a member of the Civil Procedural Rules Committee for a term of four years, commencing July 1, 2020.